ORIGINAL

AO 93 (Rev. 5/85) Search Warrant

FILED

08 JAN 23 PM 4:13

CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY DEPUTY

ORDERED UNSEALED BY COURT

UNSEALED AS OF: 1/17/08

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

Premises Known As:
9928 Buena Vista
Spring Valley, California 91977

**SEARCH WARRANT**

CASE NUMBER: '08 MJ 0133

TO: Federal Bureau of Investigation and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Robert A. Harris (Affiant) who has reason to

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 1-25-08 (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Nita L. Stormes (U.S. Judge or Magistrate) as required by law.

1-15-08 @ 4:00 PM at San Diego, California

Date and Time Issued — City and State

Nita L. Stormes, Magistrate Judge

Name and Title of Judicial Officer — Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

Premises Known As:
9928 Buena Vista
Spring Valley, California 91977

**SEARCH WARRANT**

CASE NUMBER:

TO: Federal Bureau of Investigation and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Robert A. Harris (Affiant) who has reason to believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 1-25-08 (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Nita L. Stormes (U.S. Judge or Magistrate) as required by law.

1-15-08 @ 4:00 PM at San Diego, California
Date and Time Issued — City and State

Nita L. Stormes, Magistrate Judge
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01-15-2008 | 01-16-08 6:20A | EBONY OLIVER |

INVENTORY MADE IN THE PRESENCE OF EBONY OLIVER

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE FD-597.

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

[signature]

Subcribed, sworn to, and returned before me this date.

[signature] U.S. Judge or Magistrate

1-23-08 Date

FD-597 (Rev 8-11-94)



UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) JANUARY 16, 2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name)

(Street Address) 9928 Buena Vista Drive

(City) Spring Valley, CA 91977

Description of Item(s):

1) RENTAL AGREEMENT (FOUND ROOM D)

Ty J. Murdock
TROY J. MURDOCK

Received By: [signature] (Signature)

Received From: Ebeney Oliver (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) January 16, 2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) ~~[illegible]~~

(Street Address) 9928 Buena Vista Drive

(City) Spring Valley, CA 91977

Description of Item(s):

(1) leafy green substance ~~MARIJUANA~~ INSIDE PLASTIC. FOUND ON CHAIR IN LIVING ROOM.

~~(2) LAPTOP COMPUTER. FOUND IN LIVING ROOM NEAR T.V.~~

Received By: [signature] (Signature)

Received From: [signature] (Signature)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
**Receipt for Property Received/Returned/Released/Seized**

**File #** 281D-SD-68640

On (date) January 16, 2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name)

(Street Address) 9928 Buena Vista Dr

(City) Spring Valley CA 91977

Description of Item(s): California ~~Drivers~~ ~~License~~ Identification card #D1715162 for Alexander Weir

**Received By:** [signature] (Signature)

**Received From:** [signature] (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) January 16, 2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name)

(Street Address) 9928 Buena Vista Drive

(City) Spring Valley, CA 91977

Description of Item(s): U.S. Currency - total $1,955.00

Received By: (Signature)

Received From: (Signature)

FD-597 (Rev 8-11-94)



UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) January 16, 2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name)

(Street Address) 9928 Buena Vista Drive

(City) Spring Valley, CA 91977

Description of Item(s): (1) UNIDEN BLACK ANSWERING MACHINE w/ telephone jack.

Received By: (Signature)

Received From: (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 1/16/2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name)

(Street Address) 9928 Buena Vista Dr.

(City) Spring Valley, Ca

Description of Item(s):

ITEM LOCATED IN ROOM E:

1) MOTOROLA, i730, MODEL NO: H63XAN6RR4AN, SERIAL NUMBER: 364YFC6CWJ

TROY J. MURDOCK

Received By: [signature] (Signature)

Received From: [signature] (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) JANUARY 16, 2007

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name)

(Street Address) 9928 BUENA VISTA DR.

(City) SPRING VALLEY, CA

Description of Item(s):

(1) GATEWAY LAPTOP (SER# 0026320941) FOUND BY S. LYNN IN LIVING ROOM NEAR T.V.

(2) MOTOROLA CELL PHONE (F32GGWPS3S) FOUND ON FLOOR IN LIVING ROOM - FOUND BY S. LYNN

(3) MOTOROLA BOOST CELL PHONE (Ø271334433) FOUND ON FLOOR IN LIVING ROOM. FOUND BY S. LYNN

Received By: [signature] (Signature)

Received From: [signature] (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) JANUARY 16, 2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name)

(Street Address) 9928 BUENA VISTA DRIVE

(City) SPRING VALLEY, CA 91977

Description of Item(s):

ITEMS FOUND IN ROOM D: (5 ITEMS);

1) TOSHIBA TECRA 8100 LAPTOP, SERIAL # 31283672U, CHARGE CORD;

2) DELL POCKET PC, AXIM, SERIAL # 35146393885;

3) SAMSUNG, MODEL SPH-M300 CELL PHONE, SERIAL # 27011377613266514, PHONE # 619-384-6094, CHARGER;

4) MOTOROLA CHARGER

5) MOTOROLA i 415, SN # 364VGQTXXQ, MODEL NO: H80XAH6RR1AN.

TJM TJM TJM TJM TJM TJM TJM

Troy J. Murdock

TROY J. MURDOCK

Received By: [signature] (Signature)

Received From: [signature] (Signature)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
**Receipt for Property Received/Returned/Released/Seized**

File # 281D-SD-68640

On (date) January 16, 2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name)

(Street Address) 9928 Buena Vista Drive

(City) Spring Valley, CA 91977

Description of Item(s):

(1) BLACK ELECTRONIC GRAM SCALE LOCATED ON TOP OF MICROWAVE OVEN IN KITCHEN. ROOM "B"

(1) ELECTRONIC GRAM SCALE LOCATED ABOVE STOVE IN KITCHEN. ROOM "B"

MARCO MELGARD SDCDA

Received By: [signature] (Signature) Received From: [signature] (Signature)

**ATTACHMENT A**

**THE PREMISES TO BE SEARCHED**

(RESIDENCE OF Alexander WEIR V, aka "Lil' Brick")

The residence at **9928 Buena Vista, Spring Valley, California 91977** is further described as follows:

The residence is an apartment located in Buena Vista Villas, which is a multi-unit apartment complex located to the west of the intersection of South Bonita and Buena Vista in Spring Valley, California. The apartment building is a two-story building with stucco exterior and reddish-brown angled tile roof. The first floor of the apartment complex is painted brown and the second floor of the building is painted a lighter brown, with a white wood trim. The building contains even-numbered apartments 9922-9934. On the southern end of the building is printed "9922-9934". Apartment 9928 is located on the second floor on the northern end of the building. The entrance to Apartment 9928 is a wood door covered by a black metal security door. The numbers "9928" are black in color and are posted to the right of the door beneath the exterior light.

FILED
08 JAN 23 PM 4:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**ATTACHMENT B**

**ITEMS TO BE SEIZED**

(RESIDENCE OF Alexander WEIR V, aka "Lil' Brick")

1. Paraphernalia for packaging, weighing, cutting, testing, distributing, growing, and identifying controlled substance(s) including baggies, plastic wrapping, scales and other weighing devices.

2. Documents and computer or electronic devices (and their contents) containing data reflecting or memorializing the ordering, possession, purchase, storage, distribution, transportation and sale of controlled substance(s), including buyer lists, seller lists, pay-owe sheets, records of sales, log books, drug ledgers, personal telephone/address books containing the names of purchasers and suppliers of controlled substances, electronic organizers, computer databases, spreadsheets, rolodexes, telephone bills, telephone answering pads, bank and financial records, and storage records, such as storage locker receipts and safety deposit box rental records and keys.

3. Money and assets derived from or to be used in the purchase of controlled substance(s) and records thereof, including U.S. currency, artwork, precious metals and stones, jewelry, negotiable instruments and financial instruments including stocks and bonds, and deeds to real property, books, receipts, records, bank statements and records, business records, money drafts, money order and cashiers check receipts, passbooks, bank checks, safes and records of safety deposit boxes and storage lockers.

4. Weapons, firearms, firearms accessories, and ammunition and documents relating to the purchase and/or possession of such items.

5. Equipment used to detect police activities and surveillance, including radio scanners and tape and wire transmitter detectors.

6. Photographs and electronic images, such as video recordings and tape recordings (and their contents) which document the association with other co-conspirators and/or which depict narcotics, firearms, cash, real property, vehicles or jewelry.

7. Documents and articles of personal property reflecting the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, rental agreements and records, property acquisition records, utility and telephone bills and receipts, photographs, answering machine tape recordings, telephone beeper or paging devices, rolodexes, telephone answering pads, storage records, vehicle and/or vessel records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, canceled checks, and other records of income and expenditure, credit card and bank records, travel documents, personal identification documents, and documents relating to obtaining false identification, including birth certificates, drivers license, immigration cards and other forms of identification in which the same person would use other names and identities other than his or her own.

8. Telephone paging devices, beepers (and their contents), cellular/mobile phones (and their contents), and other communication devices which evidence participation in a conspiracy to possess, manufacture, or distribute controlled substances.

9. Incoming telephone calls while at the premises for execution of this search warrant, including answering the telephone and conversing with callers who appear to be calling in regard to drug sales without revealing the officer's identity. Telephone answering machines or devices, including listening to any recordings on the premises.